UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

CASE NO: 2:22-cv-00163-ACA

vs.

CRMC, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, D'Wanna Williams, and Defendant, CRMC, LLC, by and through the undersigned counsel, jointly agree and stipulate as follows:

1) Plaintiff's Complaint shall be dismissed with prejudice;

2) Except as set forth in the Parties' Stipulation for Settlement, each party shall bear its own attorneys' fees and costs; and

3) The Parties respectfully request an Order from the Court in accordance with this stipulation.

Dated this the 14th day of July, 2022.

Respectfully submitted,

/s/ _____
Edward I. Zwilling, Esq.
Attorney for Plaintiff

1

Law Office of Edward I. Zwilling
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone:  (205) 822-2701
edwardzwilling@zwillinglaw.com

/s/ W. Chambers Waller, IV (by EIZ
W. Chambers Waller, IV          with
Attorney for Defendant          permission)
White Arnold & Dowd
2025 Third Avenue N., Ste. 500
Birmingham, AL 35203
Telephone: (205) 323-1888
cwaller@whitearnolddowd.com