FILED

2022 Jul-18  AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| D'WANNA WILLIAMS, | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| v. | ] | **2:22-cv-00163-ACA** |
| | ] | |
| CRMC, LLC, | ] | |
| | ] | |
| **Defendant.** | ] | |

## FINAL ORDER

The court, having received the joint stipulation of dismissal requesting entry of a dismissal order (doc. 9), **DISMISSES** this action **WITH PREJUDICE**.  Except as set forth in the parties' stipulation for settlement, each party shall bear her or its own attorneys' fees and costs.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this July 18, 2022.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE